

# Fourth Court of Appeals
## San Antonio, Texas

September 19, 2019

No. 04-19-00229-CV

**TEXAS P.M.R., INC.** and John Ripley,
Appellants

v.

Robert **RIPLEY** and Mary Guzman,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23830
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellants' Motion for Extension of Time to File Reply Brief is hereby GRANTED. Time is extended until October 3, 2019.

It is so **ORDERED** on September 19, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court